UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| PATRICIA L. DANTZLER, on behalf of Herself and all others similarly situated, | Case No.: 08 CIV. 3610 |
| Plaintiff | RULE 7.1 STATEMENT |
| -against- | |
| CCB CREDIT SERVICES, INC., | |
| Defendant. | |

------------------------------------------------------X

Pursuant to RULE 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CCB CREDIT SERVICES, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which is privately held.

**None.**

Dated:   New York, New York
         June 26, 2008

                                                ABRAMS, GORELICK, FRIEDMAN &
JACOBSON, P.C.
Attorney for Defendant
CCB CREDIT SERVICES, INC.

By:_____/S/_____
      Barry Jacobs (BJ-0216)
One Battery Park Plaza, 4th Floor
New York, New York 10004
(212) 422-1200
*File No.: 6759*

TO:   ADAM J. FISHBEIN, P.C.
      Attorneys for Plaintiff
      483 Chestnut Street
      Cedarhurst, New York  11516
      (516) 791-4400